# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

EMMANUEL QUINTERO QUINTERO,     )
                                        )

    Petitioner,                     )
                                        )

v.                                  )     Case No. CIV-26-984-D
                                        )

MARKWAYNE MULLIN, *et al.*,       )
                                        )

    Respondents.                 )

## ORDER

Petitioner Emmanuel Quintero Quintero filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1]. Petitioner was detained by the U.S. Immigration and Customs Enforcement (ICE) on January 14, 2026, and his removal proceedings are ongoing. *Id.* Petitioner is currently detained at the Cimarron Correctional Facility in Cushing, Oklahoma. *Id.*

Petitioner is detained pursuant to the mandatory detention provision contained in 8 U.S.C. § 1225(b)(2)(A). Petitioner alleges that he has not received a bond hearing since his detention by ICE. Petitioner seeks release from custody or, alternatively, a bond hearing pursuant to § 1226(a).

The matter was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). [Doc. No. 3]. On June 30, 2026, Judge Erwin issued a Report and Recommendation ("Report") [Doc. No. 9], recommending that the Court grant in part the Petition and order Respondents to provide

1

Petitioner a bond hearing pursuant to 8 U.S.C. § 1226(a). Respondents filed a timely Objection to the Report. [Doc. No. 10]. Petitioner did not file a reply.

Although Respondents respectfully disagree with the Tenth Circuit's decision in *Santillan Quiroz v. Mullin*, No. 26-6019, --- F.4th---, 2026 WL 1876709 (10th Cir. June 30, 2026) (mandate pending), they concede that *Santillan Quiroz* controls this Court's decision in this habeas action.

Accordingly, § 1226(a) controls Petitioner's detention, and Petitioner is therefore entitled to a bond hearing. *See Santillan Quiroz*, 2026 WL 1876709, at *17 n.13 (directing district court to order the government to provide the petitioner a bond hearing within 7 days "[b]ecause [the petitioner] can properly be subject to detention under § 1226(a).").

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 9] is **ADOPTED**, and the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is **GRANTED** in part as set forth herein.

**IT IS FURTHER ORDERED** that Respondents shall provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a), within 7 days of the date of this Order, or release Petitioner.[1] A separate judgment shall be entered.

**IT IS SO ORDERED** this 22nd day of July, 2026.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE

---

[1] Given this determination, the Court declines to address Petitioner's remaining claims at this time.